**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Smart Buy Restaurant and Store Supply, Inc., a California corporation, dba Best Equipment & Supplies Co. and 630 H Street Limited Liability Company, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>vs.<br><br>SMART BUY RESTAURANT AND STORE SUPPLY, INC., A CALIFORNIA CORPORATION, dba BEST EQUIPMENT & SUPPLIES CO.; 630 H STREET LIMITED LIABILITY COMPANY, LLC,<br><br>    Defendants. | CASE NO. 1:15-cv-00738 --SAB<br><br>SECOND STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR SMART BUY RESTAURANT AND STORE SUPPLY, INC., A CALIFORNIA CORPORATION, dba BEST EQUIPMENT & SUPPLIES CO. and 630 H STREET LIMITED LIABILITY COMPANY, LLC, TO RESPOND TO COMPLAINT |

WHEREAS:

1.    Plaintiff JOSE ESCOBEDO filed his complaint in this action on May 13, 2015.

2.    This is the second request for an extension of time for SMART BUY RESTAURANT AND STORE SUPPLY, INC., A CALIFORNIA CORPORATION, dba BEST EQUIPMENT & SUPPLIES CO. and 630 H STREET LIMITED LIABILITY COMPANY, LLC  ("Defendants"). A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3.    Plaintiff and Defendants are in settlement negotiations at this time.

4.    Defendants have obtained a CASp inspection, and time is needed for all parties to

review the report before a proposed plan of remediation and settlement can be agreed upon.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until July 27, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO through his attorneys, hereby stipulate and agree that the time for SMART BUY RESTAURANT AND STORE SUPPLY, INC., A CALIFORNIA CORPORATION, dba BEST EQUIPMENT & SUPPLIES CO. and 630 H STREET LIMITED LIABILITY COMPANY, LLC to answer or otherwise respond to the Complaint shall be extended up to and including July 27, 2015, pending court approval.

**IT IS SO STIPULATED.**

MOORE LAW FIRM, PC

Dated: July 8, 2015

/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Jose Escobedo

Dated: July 8, 2015

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Smart Buy Restaurant and Store Supply, Inc., a California corporation, dba Best Equipment & Supplies Co. and 630 H Street Limited Liability Company, LLC

IT IS SO ORDERED.

Dated:   **July 10, 2015**

UNITED STATES MAGISTRATE JUDGE