# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMART BUY RESTAURANT AND STORE SUPPLY, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00738---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>August 24, 2015 Deadline |

On July 24, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.　　All pending matters and dates are VACATED; and

2.　　The parties shall file dispositional documents on or before August 24, 2015.

IT IS SO ORDERED.

Dated:　__**July 27, 2015**__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1