Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>              Plaintiff,<br><br>       vs.<br><br>SMART BUY RESTAURANT AND STORE SUPPLY, INC., A CALIFORNIA CORPORATION, dba BEST EQUIPMENT & SUPPLIES CO., et al.,<br><br>              Defendants. | No.  1:15-CV-00738-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER THEREON** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: August 10, 2015                              MOORE LAW FIRM, P.C.



                                                          */s/ Tanya E. Moore*
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff
                                                          Jose Escobedo

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated: __August 11, 2015__

_____
UNITED STATES MAGISTRATE JUDGE